No. 10-8351. Patricia Sallis, Petitioner v. Aurora Health Care, Inc.

563 U.S. 1042, 131 S. Ct. 2984, 180 L. Ed. 2d 264, 2011 U.S. LEXIS 4351.

June 6, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1292, 131 S. Ct. 1683, 179 L. Ed. 2d 624, 2011 U.S. LEXIS 2353.

No. 10-8440. David Michael Carlin, Petitioner v. Theresa Mary Leahy-Carlin.

563 U.S. 1042, 131 S. Ct. 2984, 180 L. Ed. 2d 264, 2011 U.S. LEXIS 4203.

June 6, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 905, 131 S. Ct. 1785, 179 L. Ed. 2d 657, 2011 U.S. LEXIS 2528.

No. 10-8509. Tom Traini, Petitioner v. Cindi Curtin, Warden.

563 U.S. 1042, 131 S. Ct. 2984, 180 L. Ed. 2d 264, 2011 U.S. LEXIS 4248.

June 6, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 906, 131 S. Ct. 1786, 179 L. Ed. 2d 658, 2011 U.S. LEXIS 2426.

No. 10-8754. Eddie Armant, Petitioner v. Steve Rader, Warden.

563 U.S. 1042, 131 S. Ct. 2984, 180 L. Ed. 2d 264, 2011 U.S. LEXIS 4326.

June 6, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 909, 131 S. Ct. 1795, 179 L. Ed. 2d 664, 2011 U.S. LEXIS 2460.

No. 10-8764. Robert Dale Smart, Petitioner v. Cecilia Reynolds, Warden.

563 U.S. 1042, 131 S. Ct. 2984, 180 L. Ed. 2d 264, 2011 U.S. LEXIS 4307.

June 6, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1277, 131 S. Ct. 1618, 179 L. Ed. 2d 512, 2011 U.S. LEXIS 1945.

No. 10-8822. Daniel K. Johnson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

563 U.S. 1042, 131 S. Ct. 2984, 180 L. Ed. 2d 264, 2011 U.S. LEXIS 4313.

June 6, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 940, 131 S. Ct. 2103, 179 L. Ed. 2d 898, 2011 U.S. LEXIS 3081.

No. 10-8912. In re Anselmo Soto, Jr., Petitioner.

563 U.S. 1042, 131 S. Ct. 2984, 180 L. Ed. 2d 264, 2011 U.S. LEXIS 4295.

June 6, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1269, 131 S. Ct. 1623, 179 L. Ed. 2d 518, 2011 U.S. LEXIS 2008.